**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>VS.<br><br>**EDDIE WASHINGTON**,<br><br>Supervised Releasee | **NO. 5: 03-CR-64 (CAR)**<br><br>RE: VIOLATION OF SUPERVISED RELEASE |

# O R D E R

EDDIE WASHINGTON, a SUPERVISED RELEASEE in the above-styled criminal proceeding, this day appeared before the undersigned for a Preliminary Hearing under provisions of Rule 32.1 of the Federal Rules of Criminal Procedure, represented by Ms. Christina L. Hunt of the Federal Defenders Office. The government was represented by Assistant U. S. Attorney Charles Calhoun.

Upon consideration of the testimony of U. S. Probation Officer Leigh R. Swicord, the undersigned finds PROBABLE CAUSE to believe that the allegation set forth as Violation No. 2 in the PETITION FOR ACTION ON SUPERVISED RELEASE filed on May 12, 2010, has been committed by the SUPERVISED RELEASEE as set forth in said petition. Based upon the testimony of Deputy U. S. Marshal Ken Britt, the court further finds PROBABLE CAUSE to believe that the SUPERVISED RELEASEE failed to refrain from violating the law on or about May 18, 2010, when he actively resisted arrest by federal and local officers, as charged in the Order to Amend Petition this day filed.[1]

---

[1] Counsel for the government advised the court that the government would not pursue Violation No. 1.

Upon consideration of the provisions of 18 U.S.C. §3143(a) and the testimony of Ms. Swicord and Deputy Britt, the court finds that release from custody at this time is inappropriate in this case. SUPERVISED RELEASEE Washington has a lengthy history of misdemeanor arrests as well as convictions in state court for felony violations of state drug laws. He is on supervised releasee herein for POSSESSION WITH INTENT TO DISTRIBUTE MORE THAN 50 GRAMS OF CRACK COCAINE. He admitted to Ms. Swicord that he had been selling drugs, albeit in small amounts. When officers attempted to take him into custody on the supervised release warrant issued on the within petition, he resisted arrest. Under these circumstances, the undersigned finds that it is necessary to detain him pending his **FINAL REVOCATION HEARING**. Therefore, IT IS ORDERED AND DIRECTED that he be **DETAINED** by the United States Marshal pending completion of the **FINAL REVOCATION HEARING**.

The Clerk is directed to forward this file to the Honorable C. Ashley Royal, district judge, for the scheduling of a **FINAL REVOCATION HEARING** herein.

SO ORDERED AND DIRECTED, this 21st day of MAY, 2010.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE